IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM C. FLOYD JR., | ) | 8:13CV195 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MICHAEL L. KENNEY, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on Petitioner's Objection (filing no. 35) to the court's February 26, 2014, Memorandum and Order, and his Motion for Enlargement of Time (filing no. 39). After careful review,

IT IS THEREFORE ORDERED that:

1. Petitioner's Objection (filing no. 35) is denied.

2. Petitioner's Motion for Enlargement of Time (filing no. 39) is granted. Petitioner shall file his brief in response by May 7, 2014.

DATED this 26th day of March, 2014.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.