## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM C. FLOYD, JR., | |
| Petitioner, | 8:13CV195 |
| vs. | |
| SCOTT FRAKES, Director, Nebraska Department of Corrections, | ORDER |
| Respondent. | |

This matter is before the court on the petitioner's Motion to Extend Pleading and Other Dates (Filing No. 91). The petitioner requests the court extend the deadline to file an amended petition set forth in the court's earlier order (Filing No. 89) due to the size of the record and complexity of the issues. Upon consideration and for good cause shown,

**IT IS ORDERED**:

1. The petitioner's Motion to Extend Pleading and Other Dates (Filing No. 91) is granted.

2. The petitioner shall have to **on or before April 29, 2016**, to file an amended petition. The respondent shall have thirty days thereafter to file an answer and all relevant designated state court records.

3. After the respondent files an answer, the petitioner shall have forty-five days to file an opening brief. The respondent shall have forty-five days thereafter to file a responsive brief. The petitioner shall have thirty days thereafter to file a reply brief.

Dated this 9th day of February, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge