IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM C. FLOYD JR.,<br><br>    Petitioner,<br><br>vs.<br><br>SCOTT FRAKES, Director of the Nebraska Department of Correctional Services; and BRAD HANSEN, Warden Tecumseh State Correctional Institution;<br><br>    Respondents. | 8:13CV195<br><br>ORDER |

  This matter is before the court on the motion to withdraw as attorney filed by Michael D. Gooch, Filing No. 117. Following the hearing held March 6, 2017, Mr. Floyd informed Mr. Gooch that he wishes to proceed pro se and is in the process of drafting a pro se motion to accomplish this end.

  THEREFORE IT IS ORDERED THAT:

  1. The motion to withdraw as attorney, Filing No. 117, is granted and Mr. Gooch is deemed withdrawn;

  2. The petitioner, William C. Floyd Jr., is considered proceeding pro se and defense counsel may now communicate directly with the petitioner.

  3. This case is reassigned to the Pro Se docket for judicial supervision and remains assigned to Senior District Judge Joseph F. Bataillon for disposition.

  4. This case is referred to the Pro Se docket for re-progression.

  Dated this 27th day of March, 2017.

                BY THE COURT:

                s/ Joseph F. Bataillon
                Senior United States District Judge