IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM C. FLOYD, JR., | |
| Petitioner, | **8:13CV195** |
| vs. | |
| SCOTT FRAKES, Director of the Nebraska Department of Correctional Services; and BRAD HANSEN, Warden Tecumseh State Correctional Institution; | **MEMORANDUM AND ORDER** |
| Respondents. | |

This matter is before the court on case management. This case was recently reassigned to me for disposition. (Filing No. 121.)

This case has been pending nearly four years. Petitioner William C. Floyd, Jr., filed his 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus on July 1, 2013, and a supplemental petition nearly a year later on May 8, 2014. (Filing No. 1; Filing No. 49; Filing No. 50.) On July 8, 2015, the court granted Petitioner counsel. (Filing No. 81.) On November 18, 2016, counsel filed an amended petition. (Filing No. 104.) Counsel has since withdrawn from the case per Petitioner's request. (*See* Filing No. 117; Filing No. 119; Filing No. 120.) Petitioner requests to file a pro se "supplemental amended" petition. (Filing No. 113; Filing No. 119.) Upon careful consideration,

IT IS THEREFORE ORDERED that:

1. Petitioner shall file an amended petition for writ of habeas corpus **that clearly presents all of his claims for relief** by **June 6, 2017**. Petitioner is warned that the amended petition will supersede, not supplement, all of his previous

petitions. Failure to file an amended petition within the time set by the court will result in dismissal of this matter without further notice to Petitioner. **Following the filing of the amended petition, the court will enter a new order progressing this matter to disposition.**

2.      Petitioner's "Motion for Reconsideration" (Filing No. 113) and "Motion to Dismiss" counsel (Filing No. 119) are denied as moot.

3.      The clerk's office is directed to set the following case management deadline: **June 6, 2017**: check for Amended Petition.

Dated this 7th day of April, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge