IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM C. FLOYD JR., <br><br> Petitioner, <br><br> vs. <br><br> SCOTT FRAKES, Director of the Nebraska Department of Correctional Services; and BRAD HANSEN, Warden Tecumseh State Correctional Institution; <br><br> Respondents. | 8:13CV195 <br><br> **MEMORANDUM AND ORDER** |

IT IS ORDERED that Petitioner's Motion for Reconsideration (filing no. 151) is denied.

Dated this 19th day of April, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge