IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM C. FLOYD JR., | |
| Petitioner, | **8:13CV195** |
| vs. | |
| SCOTT FRAKES, Director of the Nebraska Department of Correctional Services; and BRAD HANSEN, Warden Tecumseh State Correctional Institution; | **MEMORANDUM AND ORDER** |
| Respondents. | |

This matter is before the court on Petitioner William C. Floyd Jr.'s ("Floyd") "Second Motion to Expand the Record." (Filing No. 162.) Floyd asks the court to expand the record to include "exhibits 501–577" attached to his motion. (*Id.* at CM/ECF p. 1.) Upon consideration, the court will grant the motion and will consider the materials attached to Floyd's motion to the extent the materials are relevant to his habeas claims and specifically referenced in Floyd's yet-to-be-filed brief. Accordingly,

IT IS ORDERED that Petitioner's "Second Motion to Expand the Record" (filing no. 162) is granted as set forth in this Memorandum and Order.

Dated this 3rd day of August, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge