IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| WILLIAM C. FLOYD JR., | |
|---|---|
| Petitioner, | 8:13CV195 |
| vs. | |
| SCOTT FRAKES, Director of the Nebraska Department of Correctional Services; and BRAD HANSEN, Warden Tecumseh State Correctional Institution; | MEMORANDUM AND ORDER |
| Respondents. | |

This matter is before the court on Petitioner William C. Floyd Jr.'s ("Floyd") Motion for Extension of Time. (Filing No. 164.) This is Floyd's fifth request for an extension of time to file his brief in response to Respondents' Answer (filing no. 143) and Brief (filing no. 144), which were filed on February 9, 2018. (*See* Filing Nos. 149, 153, 156, 160, 164.) On June 26, 2018, Floyd was granted an extension and told that no further extensions would be granted absent good cause. (Filing No. 157.) On July 26, 2018, the court granted Floyd another extension based on his representations regarding limited library access and restrictions on his ability to conduct research. (Filing No. 160; TEXT ORDER No. 161.) Now, Floyd requests an extension of sixty days to finish his brief based on similar representations regarding library restrictions.

Upon consideration, the court will grant Floyd's request for additional time to serve and file a brief in response to Respondents' Answer and Brief in Support. **However, this is the last extension the court will grant Floyd**. Floyd has had over six months to date to work on his brief. The library restrictions cited by Floyd in support of his request for an extension have been in place since at least July. Thus, Floyd should be well aware of the restrictions and limitations at this point,

and he will need to plan accordingly to meet his briefing deadline of October 26, 2018. Accordingly,

IT IS ORDERED that:

1. Petitioner's Motion for Extension of Time ([filing no. 164](#)) is granted. Petitioner shall have until **October 26, 2018**, to file and serve a brief in response to Respondents' Answer and Brief in Support. No further extensions shall be granted.

2. The clerk's office is directed to set the following pro se case management deadline: **October 26, 2018**: check for Petitioner's brief in response to answer and brief.

Dated this 24th day of August, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge