IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM C. FLOYD JR., | |
| Petitioner, | 8:13CV195 |
| vs. | |
| SCOTT FRAKES, Director of the Nebraska Department of Correctional Services; and BRAD HANSEN, Warden Tecumseh State Correctional Institution; | MEMORANDUM AND ORDER |
| Respondents. | |

Petitioner William C. Floyd Jr. ("Petitioner" or "Floyd") filed an "Objection and Response to the Respondent Answer to Amended Petition" (filing no. 186) and "Brief Points and Authorities" (filing no. 187) on April 11, 2019. Floyd's Objection was docketed as a motion. The court will treat Floyd's Objection as part of his brief in response to Respondents' answer and brief.

IT IS THEREFORE ORDERED that:

1. The clerk of court is directed to term the motion event associated with Petitioner's Objection (filing no. 186). The court will treat Petitioner's Objection as part of his brief in response.

2. Respondents shall have until **May 13, 2019**, to file their reply brief. (*See* Filing No. 128.)

Dated this 12th day of April, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge