IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM C. FLOYD JR., <br><br> Petitioner, <br><br> vs. <br><br> SCOTT FRAKES, Director of the Nebraska Department of Correctional Services; and BRAD HANSEN, Warden Tecumseh State Correctional Institution; <br><br> Respondents. | 8:13CV195 <br><br> MEMORANDUM AND ORDER |

This matter is before the court on Petitioner William C. Floyd Jr.'s Motion for Enlargement of Time to Amend Brief. (Filing No. 191.) On April 11, 2019, Floyd submitted an objection (filing no. 186) and a 65-page brief (filing no. 187) in response to Respondents' answer (filing no. 143) and brief (filing no. 144). Floyd now asks for an additional 30 days to amend his brief. Upon consideration and for the reasons previously expressed by this court (*see* filing nos. 175, 182, & 185),

IT IS ORDERED that Petitioner's Motion for Enlargement of Time to Amend Brief (filing no. 191) is denied.

Dated this 30th day of April, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge